| Attorney or Party without Attorney:<br>Jonathan M. Jagher, Esq.<br>Freed Kanner London & Millen LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone No: 610-234-6487 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | | | | |
| Plaintiff: Jennifer Kosmas | | | | |
| Defendant: Nexstar Media Group, Inc. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV10552DPW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:      Nexstar Media Group, Inc.
   b. Person served:    Kaneisha Gross, Service of Process Intake Clerk

4. Address where the party was served:   Corporation Service Company
   211 East 7th Street
   Suite 620
   Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 15, 2022 (2) at: 10:58AM

7. *Person Who Served Papers:*
   a. Barbara Stinnett
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of TEXAS that the foregoing is true and correct.

   Date: 04/19/2022   (Signature) Barbara Stinnett

   PSC1181, Exp. 07/31/2022

8. STATE OF TEXAS, COUNTY OF __Travis__

   Subscribed and sworn to (or affirmed) before me on this __19__ day of __April, 2022__ by Barbara Stinnett

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   MICHAEL R STINNETT
   Notary ID #126498663
   My Commission Expires
   December 3, 2022

   AFFIDAVIT OF SERVICE
   Summons & Complaint

   (Notary Signature)

   jojag.232160