# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER KOSMAS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>NEXSTAR MEDIA GROUP, INC.,<br><br>      Defendant. | Case No. 1:22-cv-10552-DPW |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Jennifer Kosmas ("Plaintiff") and Defendant Nexstar Media Group, Inc. ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and jointly move for an order extending Defendant's time to file an answer or otherwise respond to the Complaint.

The Parties agree good cause supports this Motion, and stipulate that, WHEREAS:

1. On April 13, 2022, Plaintiff filed the Complaint in this action against Defendant;

2. On April 15, 2022, Defendant was served with the Complaint;

3. Defendant's current deadline to respond to the Complaint is May 6, 2022;

4. This stipulation is for an extension of time to respond to the Complaint; and

5. There have been no previous extensions of time for Defendant to respond to the Complaint in this matter.

NOW THEREFORE, it is hereby stipulated, and the Parties respectfully request, that the Court order that:

SF-4814835

1. Defendant's deadline to respond to the Complaint is extended to June 16, 2022.

Dated:     May 3, 2022             Respectfully Submitted,

                                   NEXSTAR MEDIA GROUP, INC.

                                   By its counsel,


                                   /s/   *Nathaniel Mendell*
                                   Nathaniel R. Mendell

                                   Nathaniel R. Mendell (BBO# 645283)
                                   MORRISON & FOERSTER LLP
                                   200 Clarendon Street, Floor 21
                                   Boston, MA 02116-5021
                                   Telephone:  (617) 648-4700
                                   Facsimile:   (617) 830-0142
                                   NMendell@mofo.com

                                   David J. Fioccola *pro hac vice forthcoming*
                                   Adam J. Hunt  *pro hac vice forthcoming*
                                   Janie C. Buckley *pro hac vice forthcoming*
                                   MORRISON & FOERSTER LLP
                                   250 West 55th Street
                                   New York, NY 10019-9601
                                   Telephone: (212) 468-8000
                                   Facsimile:  (212) 468-7900
                                   DFioccola@mofo.com
                                   AdamHunt@mofo.com

                                   Tiffany Cheung *pro hac vice forthcoming*
                                   MORRISON & FOERSTER LLP
                                   425 Market Street
                                   San Francisco, CA 94105-2482
                                   Telephone: (415) 268-7000
                                   Facsimile:  (415) 268-7522

SF-4814835

**Agreed to by Counsel for Plaintiff:**

/s/   *Jonathan Jagher*
Jonathan M. Jagher

Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
 jjagher@fklmlaw.com

Gary M. Klinger *pro hac vice forthcoming*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Katrina Carroll *pro hac vice forthcoming*
LYNCH CARPENTER, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
katrina@lcllp.com

*Attorneys for Plaintiff Jennifer Kosmas*

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant's time to serve and file an answer or response to the Complaint shall be extended to on or before June 16, 2022.

IT IS SO ORDERED.

Dated:             By: _____
                              Hon. Douglas P. Woodlock
                              U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record, pursuant to Local Rule 5.4(C).

/s/ *Nathaniel Mendell*
Nathaniel R. Mendell
*Counsel for Defendant Nexstar Media Group, Inc.*

SF-4814835