# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JENNIFER KOSMAS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.<br><br>*Defendant*. | CIVIL ACTION<br>No. 1:22-cv-10552-DPW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Kosmas hereby dismisses this action, without prejudice.  As provided in Fed. R. Civ. P. 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendant Nexstar Media Group, Inc. filed an answer or a motion for summary judgment.

Dated: June 9, 2022

Respectfully submitted,

/s/ *Jonathan M. Jagher*

Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
jjagher@fklmlaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
katrina@lcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the within document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Filing.

/s/ Jonathan M. Jagher
Jonathan M. Jagher
